### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | |
|                                        ) | |
| Plaintiff,                             ) | |
|                                        ) | |
| and                                    ) | |
|                                        ) | |
| DAVID EMERT, KENNETH DE VRIES          ) | |
| by his guardian Michael Barham,        ) | |
| DOUGLAS CONOVER by his guardian        ) | |
| Betty Conover, CYNTHIA KELLOGG         )   No. 05-3290 |
| by her guardian Katherine Dressel,     ) | |
| and KAREN KNOEDLER by her              ) | |
| guardian Janet Knoedler ,              ) | |
|                                        ) | |
| Plaintiff-Intervenors                  ) | |
| v.                                     ) | |
|                                        ) | |
| FLEETWOOD CAPITAL                      ) | |
| DEVELOPMENT CORP., L.L.C. and          ) | |
| JOHN R. HOWARD,                        ) | |
|                                        ) | |
| Defendants.                            ) | |

### OPINION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

This matter comes before the Court on Defendants' Motion to Strike the Complaint of the United States of America as it relates to Intervenors (d/e 18) (Motion to Strike). The United States filed its Complaint (d/e 1) (Complaint) in the instant case on November 16, 2005, alleging violations of the Fair Housing Act, 42 U.S.C. § 3601 et seq. This controversy arises

out of HUD complaints against Defendants filed by Intervenors and Bethesda Lutheran Homes and Services. The Government's Complaint was filed pursuant to 42 U.S.C. § 3612(o)(1), after Defendants elected to have claims asserted against them in an administrative charge decided in a civil action rather than in an administrative proceeding.  See 42 U.S.C. § 3612(a).  The Complaint expressly states that it is brought "on behalf of Bethesda Lutheran Homes and Services, Douglas Conover, Kenneth DeVries, David Emert, Cynthia Kellogg, and Karen Knoedler." Complaint, ¶ 1.  This Court allowed Plaintiff-Intervenors Petition to Intervene by Order dated May 1, 2006 (d/e 30).  Defendants now seek dismissal of the Government's Complaint as is relates to the Intervenors.  Defendants wish to preclude the United States from litigating or seeking relief based upon the claims of the Intervenors,  leaving the United States to represent only Bethesda Lutheran Homes and Services.  For the reasons set forth below, the Motion to Strike is denied.

    Defendants argue that the Government's Complaint should be stricken as it relates to Intervenors so as to prevent duplicity and double recovery.  Defendants assert that the sole basis of the Government's Complaint is to represent the Intervenors.  However, in addition to the claims raised in Count 1, Count 2 of the Complaint alleges a separate claim

under 42 U.S.C. § 3614(a), asserting that the alleged violations raise an issue of general public importance. Section 3614(a) gives the Government a statutory right of action that is independent of Intervenors' claims. Defendants' Motion to Strike on this basis is denied.

Turning to the issue of double recovery, it is clear that the Government and the Intervenors seek the same relief, an award of damages to aggrieved parties. No party, however, requests double recovery of these amounts. Indeed, the fact that the Government's Complaint and the Intervenors' Complaint are proceeding in the same lawsuit provides further protection against a double recovery. Defendants' Motion to Strike on this basis is denied.

THEREFORE, the Defendants' Motion to Strike the Complaint of the United States of America as it relates to Intervenors (d/e 18) is DENIED. Defendants have answered the Government's Complaint, and the matter will proceed as scheduled.

IT IS THEREFORE SO ORDERED.

ENTER:  May 1, 2006

       FOR THE COURT:

                                s/ Byron G. Cudmore
                                _____
                                BYRON G. CUDMORE
                                UNITED STATE MAGISTRATE JUDGE